UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>EAST GRAND NURSING HOME, INC.<br><br>　　　　　　　　　　Defendant. | C.A. No. |

**CERTIFICATE RULE LCvR 7.1**

　　　I, the undersigned, counsel of record for Plaintiffs Service Employees International Union National Industry Pension Fund, *et al.*, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Plaintiffs which have any outstanding securities in the hands of the public.  These representations are made in order that judges of this court may determine the need for recusal.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　Richard C. Welch (DC Bar# 485756)
　　　　　　　　　　　　　　　　　　　　　Eugene K. Ahn
　　　　　　　　　　　　　　　　　　　　　Mooney, Green, Baker & Saindon, P.C.
　　　　　　　　　　　　　　　　　　　　　1920 L Street, N.W., Suite 400
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　　(202) 783-0010
　　　　　　　　　　　　　　　　　　　　　(202) 783-6088
　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiffs

April 30, 2008