AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SEIU National Industry Pension Fund et al.

**SUMMONS IN A CIVIL CASE**

V.

East Grand Nursing Home, Inc.

Case: 1:08-cv-00751
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 4/30/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

East Grand Nursing Home, Inc.
130 East Grand Blvd.
Detroit, MI 48207

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard C. Welch
Mooney, Green, Baker & Saindon, P.C.
1920 L St. NW, Suite 400
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you f
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of th
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                 APR 3 0 2008

CLERK                                       DATE

_(By)_ DEPUTY CLERK

# AFFIDAVIT OF SERVICE

**State of MICHIGAN**                    **County of WAYNE**                    **Court**

Case Number: 08-CV-00751

Plaintiff:
**SEIU NATIONAL INDUSTRY PENSION FUND ET AL.**
vs.
Defendant:
**EAST GRAND NURSING HOME, INC**

For:
MOONEY, GREEN, BAKER, & SAINDON, P.C.
1920 L Street, N.W.
Suite 400
Washington, DC 20036

Received by H&R PROCESS SERVING to be served on **EAST GRAND NURSING HOME, INC, 130 EAST GRAND BLVD., DETROIT, MI 48207**.

I, MICHAEL ALEXANDER, being duly sworn, depose and say that on the **17th day of May, 2008 at 4:43 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **ROD BARTON** at the address of: **130 EAST GRAND BLVD., DETROIT, MI 48207**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, and have no interest in the above action.

Subscribed and Sworn to before me on the 24th day of July, 2008 by the affiant who is personally known to me.

_Adrienne Alexander_
NOTARY PUBLIC

ADRIENNE ALEXANDER
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES May 23, 2014
ACTING IN COUNTY OF WayNE

**MICHAEL ALEXANDER**
Process Server

**H&R PROCESS SERVING**
**18701 Grand River**
**#121**
**Detroit, MI 48223**
**(866) 939-4442**
Our Job Serial Number: 2008001941

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w