UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>EAST GRAND NURSING HOME, INC.<br><br>　　Defendant. | C. A. No. 1:08-CV-00751 |

**PLAINTIFFS' REQUEST
FOR ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs Service Employees International Union National Industry Pension Fund, et al., through their undersigned counsel, hereby request the entry of default against Defendant East Grand Nursing Home. In support of their Request, Plaintiffs state the following:

1.　On April 30, 2008, Plaintiffs filed their Complaint to recover outstanding contributions, interest, liquidated damages, costs, and attorneys fees, and to obtain a permanent injunction requiring Defendant to timely pay all contributions ("Complaint"), against the Defendant.

2.　On May 17, 2008, the summons and the Complaint and its related materials were served on Defendant's representative in accordance with Rule 4(c) and (h)(1) of the Federal Rules of Civil Procedure. (See May 17, 2008, Affidavit of Process Server, a copy of which is attached as Exhibit A).

3.        Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure provides Defendant twenty (20) days in which to file an Answer.

4.        To date, the Defendant has not filed an Answer to the Complaint or other responsive pleading pursuant to Rule 12 of the Federal Rules of Civil Procedure.

5.        Rule 55 of the Federal Rules of Civil Procedure provides that when a party fails to plead or otherwise defend against an action, the Clerk or the Court shall enter the party's default. Here, the Defendant have failed to answer or respond to Plaintiffs' Complaint. Therefore, Defendant is in default. In accordance with the Rules of this Court, Plaintiffs respectfully request the entry of default.

Respectfully submitted,

_____/s/_____
Richard C. Welch, Esq. (Bar#485756)
Eugene K. Ahn, Esq.
Mooney, Green, Baker & Saindon, P.C.
1920 L Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 783-0010
Fax: (202) 783-6088
mmurphy@mooneygreen.com
eahn@mooneygreen.com
Counsel for Plaintiffs

Dated: July 29, 2008

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 29th day of July, 2008, a true and correct copy of the foregoing PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT was filed electronically with the Court and served via United States mail to the following addresses for Defendant:

East Grand Nursing Home, Inc.
130 East Grand Blvd.
Detroit, MI 48207

                                                /s/
                                         Eugene K. Ahn

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SERVICE EMPLOYEES INTERNATIONAL   )
UNION NATIONAL INDUSTRY PENSION   )
FUND, *et al.*,                                              )
                                                                      )
    Plaintiffs,                                         )
                                                                      )
v.                                                                 )   C. A. No. 1:08-CV-00751
                                                                      )
EAST GRAND NURSING HOME, INC.       )
                                                                      )
    Defendant.                                        )
                                                                      )

**ENTRY OF DEFAULT**

    Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Plaintiffs' Request for Entry of Default, a Default is hereby entered against East Grand Nursing Home, Inc. The Defendant has failed to plead or otherwise defend against this action within twenty (20) days of receiving the Plaintiffs' Complaint.


Dated:                                                                     _____
                                                                                Clerk of the Court
                                                                                United States District Court
                                                                                for the District of Columbia

# EXHIBIT A

## AFFIDAVIT OF SERVICE

State of MICHIGAN           County of WAYNE              Court

Case Number: 08-CV-00751

Plaintiff:
**SEIU NATIONAL INDUSTRY PENSION FUND ET AL.**
vs.
Defendant:
**EAST GRAND NURSING HOME, INC**

For:
MOONEY, GREEN, BAKER, & SAINDON, P.C.
1920 L Street, N.W.
Suite 400
Washington, DC 20036

Received by H&R PROCESS SERVING to be served on **EAST GRAND NURSING HOME, INC, 130 EAST GRAND BLVD., DETROIT, MI 48207**.

I, MICHAEL ALEXANDER, being duly sworn, depose and say that on the **17th day of May, 2008 at 4:43 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **ROD BARTON** at the address of: **130 EAST GRAND BLVD., DETROIT, MI 48207**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, and have no interest in the above action.

Subscribed and Sworn to before me on the 24th day of July, 2008 by the affiant who is personally known to me.

_Adrienne Alexander_
NOTARY PUBLIC

ADRIENNE ALEXANDER
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES May 23, 2014
ACTING IN COUNTY OF Wayne

MICHAEL ALEXANDER
Process Server

H&R PROCESS SERVING
18701 Grand River
#121
Detroit, MI 48223
(866) 939-4442
Our Job Serial Number: 2008001941

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w