Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al

    Plaintiff(s)

V.

Civil Action No. 08-751 (CKK)

EAST GRAND NURSING HOME, INC.

    Defendant(s)

RE: EAST GRAND NURSING HOME, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on May 17, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this 30th day of July, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By:     N. Wilkens
    Deputy Clerk