UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, *et al.*,<br><br>    Plaintiff,<br><br>    v.<br><br>EAST GRAND NURSING HOME, INC.,<br><br>    Defendant. | Civil Action No. 08-751 (CKK) |

**ORDER**
(August 29, 2008)

The Complaint in this case was filed on April 30, 2008. Defendant East Grand Nursing Home, Inc. was served on May 17, 2008; however, no response to the Complaint has been filed. On July 30, 2008, upon motion by Plaintiffs, the Clerk of the Court entered a default against Defendant. Since that time, Plaintiffs have not taken any additional measures to prosecute this case.

Accordingly, it is, this 29th day of August, 2008, hereby

**ORDERED** that on or before September 26, 2008, Plaintiffs shall move for default judgment, or the Court shall dismiss this case without prejudice for want of prosecution.

**SO ORDERED.**

                                                                                 /s/
                                                          COLLEEN KOLLAR-KOTELLY
                                                          United States District Judge